UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-CR-623(A)-WLH |
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [114] |
| v. | |
| SHRAY GOEL and SHAUNIK RAHEJA, | **TRIAL DATE: 06-08-2026** |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on October 31, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible,

1   or result in a miscarriage of justice; (iii) the case is so unusual

2   and complex, due to the nature of the prosecution and the volume of

3   discovery that it is unreasonable to expect preparation for pre-trial

4   proceedings or for the trial itself within the time limits

5   established by the Speedy Trial Act; and (iv) failure to grant the

6   continuance would unreasonably deny defendant continuity of counsel

7   and would deny defense counsel the reasonable time necessary for

8   effective preparation, taking into account the exercise of due

9   diligence.

10       THEREFORE, FOR GOOD CAUSE SHOWN:

11       1.   The trial in this matter has been previously continued from

12   October 20, 2025 to June 1, 2026.  The trial date is further

13   continued to June 8, 2026.  The final pretrial conference remains

14   scheduled for April 24, 2026.

15       2.   The time period of October 20, 2025 to June 15, 2026,

16   inclusive, is excluded in computing the time within which the trial

17   must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

18   (h)(7)(B)(ii), and (B)(iv).

19       3.   Defendants shall appear in Courtroom 9B of the Federal

20   Courthouse, 350 W. 1st Street, Los Angeles, California on June 8,

21   2026, at 9:00 am.

22       4.   Nothing in this Order shall preclude a finding that other

23   provisions of the Speedy Trial Act dictate that additional time

24   periods are excluded from the period within which trial must

25   commence.  Moreover, the same provisions and/or other provisions of

26   the Speedy Trial Act may in the future authorize the exclusion of

27   additional time periods from the period within which trial must

28   commence.

1      IT IS SO ORDERED.

2

3    11/4/2025
     DATE                              HONORABLE WESLEY L. HSU
4                                      UNITED STATES DISTRICT JUDGE

5

6

7  Presented by:

8       /s/
     KERRY L. QUINN
9    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3